UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY N. EAVES,<br>   Plaintiff,<br><br>v.<br><br>THE CITY OF WORCESTER,<br>MICHAEL V. O'BRIEN, Worcester City Manager,<br>GARY J. GEMME, Worcester Chief of Police,<br>JESUS CANDELARIA and<br>THOMAS C. DUFFY,<br>   Defendants. | CIVIL ACTION<br>NO. 12-10336-TSH |

**Order**
July 22, 2014

**Hillman, D.J.**

The Court hereby orders, pursuant to Fed. R. Civ. P. 41(a)(2), that Defendant Thomas C. Duffy is dismissed, in his individual capacity only, with prejudice, each party to bear their own costs and attorney's fees. This order further terminates Defendant Thomas C. Duffy's separate legal representation in his individual capacity for purposes of this case.

                **/s/ Timothy S. Hillman**
                TIMOTHY S. HILLMAN
                DISTRICT JUDGE