UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKIE N. EAVES,<br>      Plaintiff<br>v.<br><br>THE CITY OF WORCESTER, a<br>Municipal corporation, WORCESTER<br>CITY MANAGER MICHAEL V. O'BRIEN,<br>WORCESTER CHIEF OF POLICE GARY<br>J. GEMME, JESUS CANDELARIA, and<br>THOMAS C. DUFFY,<br>      Defendant | Civil Action No. 12-CV-10336-TSH |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY TO DECEMBER 15, 2014**

Now comes the plaintiff and he respectfully requests this Honorable Court allow through December 15, 2014, or such other date as the Court may designate, for the completion of fact discovery. As reason therefore plaintiff states that the parties have exchanged written discovery [1] but have not deposed percipient witnesses to the events from which this suit arises as well as three other key witnesses. Plaintiff submits that, although the defendants no longer wish to depose witnesses in this case, it is in the interests of justice for this discovery to proceed. This is so because the testimony will assist the Court in disposing of motions on their merits; it will assist the parties in attempting to negotiate or mediate settlement; and it will assist the Court and parties in preparation for trial. In further support of the motion plaintiff states as follows:

The plaintiff here asserts claims in civil rights and tort arising from his alleged false arrest on May 25, 2009 and subsequent malicious prosecution by defendants Jesus Candelaria and Thomas Duffy, resulting in his wrongful incarceration. In brief, plaintiff alleges these defendants conspired to frame him on drug charges by making or countenancing the making of

---

[1] Plaintiff believes the defendants' responses to written discovery are inadequate and expects to file a motion to compel if the parties cannot resolve their disagreements.

false statements in official reports for the purposes of placing the plaintiff behind the wheel of a vehicle in which drugs were found, when in fact he was a passenger in that vehicle and had no drugs on his person. Plaintiff seeks this extension to depose Worcester police officers who were at the scene of his arrest, namely the two aforesaid defendants, police officers Jason M. Bishop, Christopher Cutliffe and Sgt. Daniel P. Dowd. In addition plaintiff seeks leave to depose defendants' purported expert witness on probably cause, Worcester Police Lieutenant John Towns and also the chief of police, Gary J. Gemme, and the commander of the police department's Bureau of Professional Standards, Jeremiah O'Rourke.

WHEREFORE, plaintiff respectfully requests that the motion be allowed and that the deadline for fact discovery be extended to December 15, 2014, for the purpose of deposing the said witnesses and any others the Court may allow the defendants.

Respectfully submitted,

RICKIE N. EAVES
By his attorneys,

/s/ *Robert A. Scott*
Hector E. Pineiro BBO# 555315
Robert A. Scott BBO# 648740
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600
Tel. (508) 579-8066
hector@pineirolegal.com
robin@pineirolegal.com

## **CERTIFICATE OF SERVICE**

I, Robert A. Scott, certify that on this 3rd of October, 2014, I have filed the within document via the electronic filing system of the Court, and it has thereby been served on all participating parties or their counsel, and there are no non-participating parties.

/s/ *Robert A. Scott*