UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eaves,
      Plaintiff(s),

    V.

City of Worcester, et al.,
      Defendant(s),

CIVIL ACTION

NO. 12-10336-TSH

## SETTLEMENT ORDER OF DISMISSAL

Hillman, D. J.

The Court having been advised on    January 9, 2015    that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

January 9, 2015
Date

/s/ Martin Castles
Deputy Clerk