UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICKY N. EAVES,<br>      Plaintiff<br>v.<br><br>THE CITY OF WORCESTER, a<br>Municipal corporation, WORCESTER<br>CITY MANAGER MICHAEL V. O'BRIEN,<br>WORCESTER CHIEF OF POLICE GARY<br>J. GEMME, JESUS CANDELARIA, and<br>THOMAS C. DUFFY,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 12-CV-10336-TSH |

## STIPULATION OF DISMISSAL (WITH PREJUDICE)

Plaintiff, Ricky N. Eaves, and Defendants Michael V. O'Brien, Gary J. Gemme and Jesus Candelaria, individually and in their official capacities, Thomas C. Duffy, in his official capacity, and City of Worcester, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), that this case is dismissed with prejudice, all rights of appeal waived, each party to bear its own costs and attorney's fees.

Plaintiff,
By his attorney,

/s/ *Hector E. Pineiro*
Hector E. Pineiro, Esq., BBO # 555315
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA  01610
(508) 770-0600
hector@pineirolegal.com

Defendants,
By their attorneys,

David M. Moore,
City Solicitor

/s/ *Wendy L. Quinn*
Wendy L. Quinn, BBO # 653954
Assistant City Solicitor
455 Main Street, Room 301
Worcester, MA  01608
(508) 799-1161
quinnwl@worcesterma.gov

CERTIFICATE OF SERVICE

  I, Wendy L. Quinn, hereby certify that, on this 24th day of February, 2015, the within Stipulation of Dismissal (With Prejudice) was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing.

                */s/ Wendy L. Quinn*
                Wendy L. Quinn
                Assistant City Solicitor